**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LEANNE MORTON and SUZANNE M. KELLER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

COSMED GROUP, INC.; IUVO BIOSCIENCE-ERIE, LLC; IUVO BIOSCIENCE OPERATIONS, LLC; SPICEY PARTNERS REAL ESTATE HOLDING, LLC; ERIE STERILIZATION REAL ESTATE, LLC; MOOG INC.; TARTAN HOLDINGS, LLC; BALCHEM CORPORATION; and JOHN DOE DEFENDANTS 1-25 (fictitious names describing presently unidentified entities),

Defendants.

Civil Action No. 1:24-CV-00251-CB

**DEFENDANTS' RESPONSE TO PLAINTIFFS' CROSS-MOTION**
**FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

Defendants Balchem Corporation ("Balchem"), Erie Sterilization Real Estate, LLC, iuvo BioScience-Erie, LLC, iuvo BioScience Operations, LLC, Moog Inc., and Tartan Holdings, LLC do not oppose Plaintiffs' motion for leave to file the proposed Fourth Amended Complaint. Despite their non-opposition, Balchem notes that during the parties' second meet and confer, Balchem recommended that Plaintiffs amend their Third Amended Complaint to remove several claims and counts not viable as a matter of Pennsylvania law against Balchem. Plaintiffs offered only to stipulate to the removal of the Gross Negligence Count with an uncertain date of amendment, a

position that Balchem did not understand. Plaintiffs Fourth Amended Complaint now removes the Gross Negligence Count and makes some, but not all, of the other changes recommended by Balchem during meet and confer. Significant time and effort could have been avoided in the filing of Balchem's first motion to dismiss and Plaintiffs' opposition if Plaintiffs had agreed with Balchem's initial recommendation to amend the Third Amended Complaint prior to motion practice. Prior to filing its next motion to dismiss, Balchem will again plan to meet and confer with Plaintiffs regarding their new allegations, including their novel interpretation of Balchem's EPA-mandated and approved product label for ethylene oxide, in which EPA certainly did not endorse uncontrolled air emissions from sterilization facilities as a direction for use of the product.

Dated: June 11, 2025

Respectfully submitted,

*/s/ Matthew D. Thurlow*
Matthew D. Thurlow (DC 1008014, *pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: (202) 739-5895
Fax: (202) 739-3001
matthew.thurlow@morganlewis.com
*Attorney for Balchem Corporation*

*/s/ Diana A. Silva*
Diana A. Silva
Kathleen Campbell
Manko, Gold, Katcher & Fox, LLP
Three Bala Plaza East, Suite 700
Bala Cynwyd, PA 19004
Phone: (484) 430-5711
Fax: (484) 430-5711
dsilva@mankogold.com
kcampbell@mankogold.com
*Attorneys for Erie Sterilization Real Estate, LLC, iuvo BioScience-Erie, LLC, iuvo BioScience Operations, LLC, and Tartan Holdings, LLC*

*/s/ Julia Hilliker*
Julia Hilliker
Ryan Lucinski
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
Phone: (716) 848-1547
Fax: (716) 819-4739
jhillike@hodgsonruss.com
rlucinsk@hodgsonruss.com
*Attorneys for Moog Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF system.

*/s/ Matthew Thurlow*
Matthew Thurlow